Violet Elizabeth Grayson (VEG-2792)
Attorney at Law
888 Seventh Avenue 45th floor
New York, New York 10106
(646) 406-1512

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
TRADEWINDS AIRLINES INC.,                : Case No. 08 CV 5901
                                         :
           Plaintiff,                    :
                                         : RULE 7.1 STATEMENT
     -against-                           :
                                         :
GEORGE SOROS, AND PERNENDU               :
CHATTERJEE,                              :
                                         :
           Defendants.                   :
-------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tradewinds Airlines, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

**All corporate parents are privately held. There are no publicly held parent or subsidiary corporations.**

Dated: June 30, 2008

                                    Respectfully submitted,


                          By:    _____
                                 Violet Elizabeth Grayson
                                 Attorney Bar Code: VG 2792