Raymond Fitzgerald, Esq. (RF 9526)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Defendant George Soros
36 West 44th Street, Suite 816
New York, NY 10036
(212) 615-2200
(212) 615-2215 (Fax)
E-mail address: rfitzgerald@bffmlaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRADEWINDS AIRLINES INC.,

          Plaintiff,

    v.

GEORGE SOROS, and PERNENDU CHATTERJEE,

          Defendants.
----------------------------------------------------------------X

08 Cv. 5901 (HB)

STIPULATION AND
ORDER EXTENDING
TIME OF DEFENDANTS
GEORGE SOROS AND
PERNENDU CHATTERJEE
TO RESPOND TO
COMPLAINT

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time of defendants George Soros and Purnendu Chatterjee, sued herein as Pernendu Chatterjee, to answer, move or otherwise respond to the complaint be, and the same hereby is, extended to and including August 22, 2008.



Dated: New York, New York
       July 16, 2008

                        BUTLER, FITZGERALD,
                          FIVESON & McCARTHY
                        A Professional Corporation

                        By: _____
                            Raymond Fitzgerald (RF 9526)
                            36 West 44th Street, Suite 816
                            New York, New York 10036
                            (212) 615-2200
                            E-mail: rfitzgerald@bffmlaw.com

                            *Attorneys for Defendant*
                            *George Soros*


                        MORRISON COHEN LLP

                        By: _____
                            Kristin Roy (KR-3208)
                            909 Third Avenue
                            New York, New York 10022
                            (212) 735-8600
                            E-mail: kroy@morrisoncohen.com

                            -and-

                        Dustin F. Hecker, Esq.
                        POSTERNAK BLANKSTEIN
                          & LUND, LLP
                        The Prudential Tower
                        800 Boylston Street
                        Boston, MA 02199
                        (617) 973-6131
                        E-mail: dhecker@pbl.com

                        *Attorneys for Defendant*
                        *Purnendu Chatterjee*

#1342408 v1 \018390 \0004

VIOLET ELIZABETH GRAYSON, ESQ.

By: _____
Violet Elizabeth Grayson (VG 2792)
888 Seventh Avenue, 45th Floor
New York, New York 10106
(646) 406-1512
E-mail: vegrayson@gmail.com

*Attorney for Plaintiff
Tradewinds Airlines, Inc.*

SO ORDERED:

_John F. Keenan_ 7/21/08
U.S.D.J. ~~Harold Baer~~

#1342404 v1 \018390 \0004

3

VIOLET ELIZABETH GRAYSON, ESQ.

By:_____
     Violet Elizabeth Grayson (VG 2792)
Attorney for Plaintiff
  Tradewinds Airlines, Inc.
888 Seventh Avenue, 45th Floor
New York, New York 10106
(646) 406-1512
E-mail address: vegrayson@gmail.com

SO ORDERED:

_John F Keenan_  7/21/08
U.S.D.J. John F. Keenan