Raymond Fitzgerald, Esq. (RF 9526)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Defendant George Soros
36 West 44th Street, Suite 816
New York, NY 10036
(212) 615-2200
(212) 615-2215 (Fax)
E-mail address: rfitzgerald@bffmlaw.com



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRADEWINDS AIRLINES INC.,

        Plaintiff,

    v.

GEORGE SOROS, and PERNENDU CHATTERJEE,

        Defendants.
------------------------------------------------------------X

08 Cv. 5901 (JFK)

STIPULATION AND
ORDER EXTENDING
TIME OF DEFENDANTS
GEORGE SOROS AND
PERNENDU CHATTERJEE
TO RESPOND TO
COMPLAINT

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time of defendants George Soros and Purnendu Chatterjee, sued herein as Pernendu Chatterjee, to answer, move or otherwise respond to the complaint be, and the same hereby is, extended to and including September 2, 2008.

Dated: New York, New York
August 20, 2008

BUTLER, FITZGERALD, FIVESON
& McCARTHY
A Professional Corporation

By: _____
Raymond Fitzgerald, Esq. (RF-9526)
Attorneys for Defendant
George Soros
36 West 44th Street, Suite 816
New York, New York 10036
(212) 615-2200
E-mail address: rfitzgerald@bffmlaw.com

MORRISON COHEN LLP

By: _____
Kristin Roy (KR-3208)
909 Third Avenue
New York, New York 10022
(212) 735-8600
E-mail address: kroy@morrisoncohen.com

And

Dustin F. Hecker, Esq.
POSTERNAK BLANKSTEIN & LUND,
LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 973-6131
E-mail address: dhecker@pbl.com

Attorneys for Defendant
Purnendu Chatterjee

VIOLET ELIZABETH GRAYSON, ESQ.

By: _____
Violet Elizabeth Grayson (VG 2792)
Attorney for Plaintiff
 Tradewinds Airlines, Inc.
888 Seventh Avenue, 45th Floor
New York, New York 10106
(646) 406-1512
E-mail address: vegrayson@gmail.com

SO ORDERED:

_____ 9/2/08
U.S.D.J. John F. Keenan

by Raymond [illegible]
pursuant to e-mail
authorization