```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
TRADEWINDS AIRLINES, INC.,           :

               Plaintiff,    :     No. 08 Civ. 5901 (JFK)

    -against-                     :     **ORDER**

GEORGE SOROS and PURNENDU          :
CHATTERJEE,
                             :
               Defendants.
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Clerk of the Court respectfully is directed to amend the docket sheet as follows:

(1) Close defendants' motions to dismiss the original complaint (Doc. Nos. 8 & 9), which became moot upon the filing of the amended complaint (Doc. No. 7.); and

(2) Close the motion by Coreolis Holdings and TradeWinds Holdings to intervene (Doc. No. 16), which was withdrawn by notice dated February 12, 2009.

**SO ORDERED.**

Dated:    New York, New York
           May 14, 2009

                                /s/ John F. Keenan
                                JOHN F. KEENAN
                            United States District Judge