```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
TRADEWINDS AIRLINES, INC.,           :

                 Plaintiff,          :   No. 08 Civ. 5901 (JFK)

         -against-                   :   Memorandum Opinion
                                             & Order
GEORGE SOROS and PURNENDU            :
CHATTERJEE,
                                     :
                 Defendants.
-------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

At a conference on February 10, 2009, the Court permitted the parties to file under seal their papers in connection with defendant George Soros's motion to disqualify plaintiff's counsel. That motion was denied in a publicly filed Opinion and Order dated May 12, 2009 (the "Opinion"). Soros now requests that the Opinion be placed under seal.

There is a strong presumption of public access to "judicial documents," or "items filed with the court that are relevant to the performance of the judicial function and useful in the judicial process." In re Terrorist Attacks on September 11, 2001, 454 F. Supp. 2d 220, 222 (S.D.N.Y. 2006) (quoting SEC v. TheStreet.com, 273 F.3d 222, 231 (2d Cir. 2001). A federal court's decision whether to disqualify counsel in order to preserve the integrity of the adversary process is an important part of the judicial function. Cf. Centauri Shipping Ltd. v.

- 2 -

<u>Western Bulk Carriers KS</u>, 528 F. Supp. 2d 197, 205 (S.D.N.Y. 2007) (denying request to seal Rule 11 proceedings because they served "the essential purpose of permitting this Court to perform its Article III duties of deterring abuses of the judicial process and imposing sanctions to achieve that end, if necessary" (internal quotation marks omitted)). The information set forth in the Opinion was relevant and necessary to the discharge of this function, thus creating a strong presumption of public access that is not overcome by any competing concerns. <u>United States v. Amodeo</u>, 71 F.3d 1044, 1049 (2d Cir. 1995). Therefore, to the extent quoted or discussed in the Opinion, information originally filed under seal is hereby unsealed.

SO ORDERED.

Dated:   New York, New York
         May 20, 2009

                                    _____
                                          JOHN F. KEENAN
                                    United States District Judge