UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
TRADEWINDS AIRLINES, INC.,        :

                Plaintiff,   :   No. 08 Civ. 5901 (JFK)

      -against-                 :   **Memorandum Opinion**
                                        **& Order**
GEORGE SOROS and PURNENDU         :
CHATTERJEE,
                                  :
                Defendants.
----------------------------------X

JOHN F. KEENAN, United States District Judge:

    The Court received a letter from Defendants, dated October 5, 2009, requesting a lift of the stay and dismissal of the action. The Court has reviewed the parties' correspondence and Judge Tennille's Orders dated April 29, 2009, and September 17, 2009. The stay will remain in place until there is a final determination on damages in the North Carolina action. Thereafter, Plaintiff is permitted to amend the complaint and the court will schedule a case conference.

SO ORDERED.

Dated:    New York, New York
         October 19, 2009

                                                JOHN F. KEENAN
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-09