UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TRADEWINDS AIRLINES, INC.,              :
                                        :
                    Plaintiff,          :
                                        :
        -against-                       :
                                        :
GEORGE SOROS and PURNENDU               :
CHATTERJEE,                             :
                                        :       08 Civ. 5901 (JFK)
                    Defendants.         :       10 Civ. 8175 (JFK)
----------------------------------------X
COREOLIS HOLDINGS, INC. and             :       **OPINION AND ORDER**
TRADEWINDS HOLDINGS, INC.,              :
                                        :
                    Plaintiffs,         :
                                        :
        -against-                       :
                                        :
GEORGE SOROS and PURNENDU               :
CHATTERJEE,                             :
                                        :
                    Defendants.         :
----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   As requested, a status conference has been scheduled in the above referenced cases for November 7, 2012 at 11:00 a.m. in Courtroom 20-C at 500 Pearl Street.

**SO ORDERED.**

Dated:   New York, New York
         September 24, 2012

                                            /s/ John F. Keenan
                                            _____
                                            JOHN F. KEENAN
                                            United States District Judge

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 9-24-12*