```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #: _____
UNITED STATES DISTRICT COURT              DATE FILED: Sept. 17, 2013
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TRADEWINDS AIRLINES, INC.,         :
                                   :
                  Plaintiff,       :
                                   :
     -against-                     :
                                   :
GEORGE SOROS, et al.,              :
                                   :     08 Civ. 5901 (JFK)
                  Defendants.      :     10 Civ. 8175 (JFK)
-----------------------------------X
COREOLIS HOLDINGS, INC., et al.,   :           ORDER
                                   :
                  Plaintiffs,      :
                                   :
     -against-                     :
                                   :
GEORGE SOROS, et al.,              :
                                   :
                  Defendants.      :
-----------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

    By letter dated September 12, 2013, Plaintiffs Coreolis Holdings, Inc. and TradeWinds Holdings, Inc. request a pre-motion conference to address their anticipated Rule 12(f) motions to strike certain affirmative defenses asserted by Defendants George Soros and Purnendu Chatterjee. By letter dated September 16, 2013, Defendants request that the Court not schedule a pre-motion conference and instead wait until the March 26, 2014 conference scheduled to discuss dispositive motions.

    The Court waives its pre-motion conference requirement. Plaintiffs may file their motions to strike. All parties to

these actions are directed to confer and agree to a prompt briefing schedule and to advise the Court of the agreed upon dates by September 23, 2013.  If they cannot agree on a prompt schedule, the Court will set one for them.

**SO ORDERED.**

Dated:   New York, New York
         September 17, 2013

                                      John F. Keenan
                              United States District Judge