# MEMO ENDORSED

### LAW OFFICES

## BUTLER, FITZGERALD, FIVESON & McCARTHY

Raymond Fitzgerald
212-615-2222
rfitzgerald@bffmlaw.com

A Professional Corporation
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017

Telephone 212-615-2200
Facsimile 212-615-2215

September 19, 2013

**BY HAND**

Honorable John F. Keenan
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York  10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-23-13

SEP 19 2013

Re:  TradeWinds Airlines, Inc. v. George Soros and Purnendu Chatterjee 08 Civ. 5901 (JFK);
     Coreolis Holdings, Inc. and TradeWinds Holdings, Inc. v. George
     Soros and Purnendu Chatterjee
     <u>10 Civ. 8175 (JFK)</u>

Dear Judge Keenan:

     We, together with Willkie, Farr & Gallagher LLP, represent defendant George Soros ("Mr. Soros") in the above-referenced action. Mr. Soros's co-defendant Purnendu Chatterjee ("Dr. Chatterjee"), who is represented by Dustin Hecker, Esq. of Posternak Blankstein & Lund LLP and Kristin T. Roy, Esq. of Morrison Cohen LLP, joins in this letter.

     On Tuesday September 17, 2013, the Court granted the request of Ressler & Ressler, attorneys for plaintiffs TradeWinds Holdings, Inc. ("Holdings") and Coreolis Holdings, Inc. ("Coreolis"), to make a Rule 12 (f) motion and directed counsel to agree on a briefing schedule. Counsel have agreed that Holdings and Coreolis, as well as TradeWinds Airlines, Inc., which is now represented by Susman Godfrey L.L.P., shall serve and file their initial brief or briefs no later than Monday September 30, 2013, defendants shall serve and file their responsive brief or briefs no later than October 13, 2013 and plaintiffs will serve and file a reply brief or briefs no later than five (5) days after the date on which defendants serve and file their responsive brief or briefs even if such date is prior to October 13, 2013.

     Ressler & Ressler and Susman Godfrey L.L.P. have reviewed this letter and authorized me to send it to the Court.

Respectfully submitted,

Raymond Fitzgerald

cc: Ellen R. Werther, Esq. (by e-mail)
Bruce Ressler, Esq. (by e-mail)
Ashley Simonsen, Esq. (by e-mail)
Shawn J. Rabin, Esq. (by e-mail)
William Carmody, Esq. (by e-mail)
Dustin F. Hecker, Esq. (by e-mail)
Kristin T. Roy, Esq. (by e-mail)
Martin Klotz, Esq. (by e-mail)

```
The briefing schedule is SO ORDERED.
Dated:   New York, N.Y.
         September 23, 2013
```

John F. Keenan
U.S.D.J.

- 2 -