UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-10-13

------------------------------------x

TradeWinds Airlines Inc., Plaintiff,

v.

George Soros and Purnendu Chatterjee, Defendants.

: 08 CIV 5901 (JFK)

- - - - - - - - - - - - - - - - - -:

Coreolis Holdings, Inc. and TradeWinds Holdings, Inc., Plaintiffs,

v.

George Soros and Purnendu Chatterjee, Defendants.

: 10 CV 8175 (JFK)

------------------------------------x

PLEASE BE ADVISED THAT ORAL ARGUMENT HAS BEEN SCHEDULED FOR November 5, 2013 AT 11:45 a.m., IN COURTROOM 20-C
500 PEARL S

PLEASE NOTIFY OPPOSING COUNSEL AS TO THIS DATE.

Dated: 10-10-13

RESPECTFULLY,

William Ryan

CLERK TO J. KEENAN