# Posternak
POSTERNAK BLANKSTEIN & LUND LLP

February 28, 2014

Dustin F. Hecker
617-973-6131
617-722-4927 FAX
dhecker@pbl.com

~~BY ECF~~ FAX

RECEIVED
FEB 28 2014
CHAMBERS OF
ANDREW J. PECK

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/28/14

RE: *TradeWinds Airlines, Inc. v. George Soros et al* (08-CV-5901)
*Coreolis Holdings, Inc., et al. v. George Soros et al.* (10-CV-8175)

Dear Judge Peck:

We represent the defendant Purnendu Chatterjee. I write to request that your Honor allow me to listen in by telephone to Tuesday's discovery hearing, rather than to attend in person. The plaintiffs' letter motion concerns the defendant George Soros, not Dr. Chatterjee. An attorney from our local counsel, Morrison Cohen LLP, is available to attend in person if your Honor allows this request.

I have asked whether the plaintiffs have any objection to my request, and no one has raised an objection.

Respectfully

Dustin F. Hecker

DFH/ar

cc: All Counsel (*via e-mail*)

**MEMO ENDORSED** 2/28/14

APPROVED.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

Copies by ECF to All Counsel
J. Peck

1610676v1/13796-9

# FAX COVER SHEET

| | |
|---|---|
| TO | |
| COMPANY | |
| FAX NUMBER | 12128057933 |
| FROM | William Phillips |
| DATE | 2014-02-28 20:31:25 GMT |
| RE | |

## COVER MESSAGE

Nicole A. Welch, Esq.
Associate
[Logo Phillips & Associates-new (3)]
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431 ext. 222 (telephone)
(212) 901-2107 (facsimile)
http://www.newyorkcitydiscriminationlawyer.com/

# Posternak
POSTERNAK BLANKSTEIN & LUND LLP

# Facsimile

| | | | |
|---|---|---|---|
| DATE: | February 28, 2014 | FILE NO.: | 13796-9 |

| | |
|---|---|
| TO: | Honorable Andrew J. Peck<br>United States Magistrate Judge |

| | |
|---|---|
| COMPANY: | United States District Court<br>Southern District of New York |

| | | | |
|---|---|---|---|
| PHONE NUMBER: | 1-212-805-7933 | FACSIMILE NO.: | 1-212-805-0306 |

| | |
|---|---|
| TOTAL PAGES (INCLUDING COVER PAGE): | 2 |

| | |
|---|---|
| FROM: | DUSTIN F. HECKER |

| | | | |
|---|---|---|---|
| BUSINESS PHONE: | 617-973-6131 | FACSIMILE NO.: | |

COMMENTS:    PLEASE SEE ATTACHED

**CONFIDENTIALITY NOTE:** The documents accompanying this facsimile contain information from the law firm of Posternak Blankstein & Lund LLP which is confidential and/or privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution or the taking of any action in reliance on the contents of this facsimile is strictly prohibited, and that the documents should be returned to this Firm immediately. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

Prudential Tower   800 Boylston Street   Boston, MA 02199-8004   617.973.6100   fax 617.367.2315   www.pbl.com