UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

TRADEWINDS AIRLINES, INC., :

        Plaintiff, :    08 Civ. 5901 & 10 Civ. 8175
                                  (JFK)(AJP)

   -against- :
                            **ORDER**

:

GEORGE SOROS & PERNENDU CHATTERJEE
INTERVENOR MOVANTS: COREOLIS :
HOLDINGS, INC. & TRADEWINDS HOLDINGS,
INC. :

       Defendants. :

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Counsel for Soros shall bring copies of all the documents identified in plaintiff's February 26, 2014 letter (Dkt. No. 201-202) to the March 4, 2014 conference.

        SO ORDERED.

Dated:    New York, New York
           March 3, 2014

                                                   _____
                                                   **Andrew J. Peck**
                                                   United States Magistrate Judge

Copies **BY ECF** to:   All Counsel
                            Judge Keenan