# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
|---|---|---|---|
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

Cory Buland
Direct Dial (212) 471-8349

E-Mail cbuland@susmangodfrey.com

March 5, 2014

**VIA ECF**

Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Courtroom 20D
New York, NY 10007-1312

Re:   *TradeWinds Airlines, Inc. v. George Soros and Purnendu Chatterjee*, 08 Civ. 5901 (JFK); *Coreolis Holdings, Inc. and TradeWinds Holdings, Inc. v. George Soros and Purnendu Chatterjee*, 10 Civ. 8175 (JFK)

Dear Judge Peck:

Pursuant to Your March 3, 2014 Order, Plaintiffs and Defendants met regarding Defendants' privilege log. Following the production of additional documents last night, Plaintiffs no longer seek the Court's intervention with respect to Defendants' privilege log. With the Your Honor's permission, Plaintiffs ask that tomorrow's conference with the Court be canceled. Defendants have no objection to this request.

Respectfully,

Cory Buland

cc:   All Parties

3080417v1/013900