TELEPHONE: (212) 695-6446										48 WALL STREET / NEW YORK, NY 10005

# RESSLER & RESSLER
### ATTORNEYS AT LAW

May 8, 2014

**BY ECF and By Hand**

Honorable John F. Keenan
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street
New York, NY 10007

Re:   Coreolis Holdings, Inc., et al. v. George Soros, et al. (10-cv-8175); and
      TradeWinds Airlines, Inc. v. George Soros, et al. (08-cv-5901)

Dear Judge Keenan:

      We represent plaintiff Coreolis Holdings, Inc. and TradeWinds Holdings, Inc. in this consolidated veil-piercing action and write concerning Defendants' flagrant violation of your Honor's ruling that briefs be limited to 35 pages on a combined basis. Co-plaintiff, TradeWinds Airlines, Inc., joins in this letter.

      Your Honor made very clear at the hearing held on March 26, 2014 that any briefs in support of Defendants' Daubert Motion and Motion for Summary Judgment were not to exceed 35 pages on a <u>combined</u> basis. Your Honor even reiterated this ruling when defense counsel asked for clarification. Unfortunately, Defendants have chosen to ignore the Court and have served a 10-page brief in support of their Daubert Motion and a 34-page brief in support of their Motion for Summary Judgment, for a total of 44 pages—plainly exceeding the 35-page limitation fixed by the Court.

      Plaintiffs were served with Defendants' Daubert Motion on Friday, May 2, 2014, and with their Motion for Summary Judgment on Saturday, May 3, 2014.[1] Upon receipt of the second brief, it was obvious that Defendants had ignored the combined page limitation fixed by the Court. Plaintiffs so advised Defendants on Monday, May 5, 2014, and asked that Defendants resubmit briefs that complied with the page limitation by the close of business or explain why Defendants chose to violate your Honor's direction.

      Defendants advised that, without a transcript to confirm your Honor's ruling, Defendants would not honor any 35-page limitation because they don't recall such a limit. Unfortunately,

---

[1] We note that the Motion for Summary Judgment was served minutes after midnight, early Saturday morning, after the deadline fixed by the Court.

**RESSLER & RESSLER**

there was no transcript; however, that fact should not negate your Honor's ruling, which was made twice in open court.

Yesterday morning, we again contacted defense counsel to ascertain whether they would comply with the Court's directive by either striking the Daubert or shortening the MSJ. We noted that we needed a prompt response because we must start preparing our replies. Defense counsel has yet to respond, leaving Plaintiffs no option but to seek relief from the Court.

Accordingly, Plaintiffs request the Court strike the last 9 pages of Defendants' brief in support of their Motion for Summary Judgment that exceed the combined page limitation, or strike that brief in its entirety. Alternatively, Plaintiffs request the Court permit Defendants to designate which of the two briefs to strike such that the combined page limitation is honored.

Plaintiffs seek this relief on an expedited basis so that Plaintiffs know which briefs they need to respond to, and the permitted page limitation fixed for Plaintiffs' responsive briefs.

Thank you for your consideration.

_Ellen R. Werther_
Ellen R. Werther

RESSLER & RESSLER
48 Wall Street
New York, NY 10005
(212) 695-6446
*Counsel for Coreolis Holdings, Inc.
and TradeWinds Holdings, Inc.*

cc: (*via email*)
All Counsel