UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TRADEWINDS AIRLINES INC., | § § | |
| Plaintiff, | § § | 08-cv-5901(JFK) |
| v. | § § § | **NOTICE OF MOTION** |
| | § | **Filed Electronically** |
| GEORGE SOROS and PURNENDU CHATTERJEE, | § § § | **(Oral Argument Requested)** |
| Defendants. | § § | |

-----------------------------------------------------------

| | | |
|---|---|---|
| COREOLIS HOLDINGS, INC. and TRADEWINDS HOLDINGS INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | 10-cv-8175(JFK) |
| GEORGE SOROS and PURNENDU CHATTERJEE, | § § § § | |
| Defendants. | § § | |

PLEASE TAKE NOTICE that, upon the accompanying consolidated memorandum of law and declaration of Cory Buland dated May 2, 2014 and all prior pleadings and proceedings herein, Plaintiff TradeWinds Airlines, Inc., together with Plaintiffs Coreolis Holdings Inc. and TradeWinds Holdings Inc., will move this Court, before the Honorable John F. Keenan, United States District Judge, in Courtroom 20C at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on July 1, 2014, at 11:30 a.m. or as soon thereafter as counsel may be heard, for an Order, pursuant to Rule 702 of the Federal Rules

of Evidence, to strike portions of Guhan Subramanian's expert report and to exclude such testimony at trial and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule set by the Court, any answering memoranda shall be served by May 30, 2014, and any reply memoranda shall be served June 23, 2014.

Dated:  New York, New York
        May 2, 2014

SUSMAN GODFREY L.L.P.

*[signature]*

William Christopher Carmody (WC8478)
Shawn J. Rabin (SR6546)
Cory Buland (CB6420)
Megan O'Hara Easley (ME7715)
560 Lexington Avenue, 15th Floor
New York, NY  10022
Phone:  (212) 336-8330
Fax:  (212) 336-8340
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
cbuland@susmangodfrey.com
measley@susmangodfrey.com

Matthew R. Berry (PHV)
1201 Third Avenue, Ste. 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883
mberry@susmangodfrey.com

*Attorneys for Plaintiff TradeWinds Airlines, Inc.*

RESSLER & RESSLER

*Ellen Werther* / cob
_____
Ellen R. Werther (EW8545)
Bruce J. Ressler (BR6329)
48 Wall Street
New York, NY 10005
Phone: (212) 695-6446
Fax: (212) 268-0287
ewerther@resslerlaw.com
bressler@resslerlaw.com

*Attorneys for Plaintiffs Coreolis Holdings Inc. & TradeWinds Holdings Inc.*

## Certificate of Service

I certify that on May 2, 2014, this document was properly served on the following counsel of record via e-mail:

*Attorneys for Defendant George Soros:*

>Raymond Fitzgerald
>David J. McCarthy
>BUTLER, FITZGERALD, FIVESON & MCCARTHY
>Nine East 45th Street, Ninth Floor
>New York, NY  10017
>dmccarthy@bffmlaw.com
>rfitzgerald@bffmlaw.com

>Martin B. Klotz
>WILLKIE FARR & GALLAGHER LLP
>787 Seventh Avenue
>New York, NY  10019
>mklotz@willkie.com

*Attorneys for Defendant Purnendu Chatterjee:*

>Dustin F. Hecker
>POSTERNAK BLANKSTEIN & LUND LLP
>The Prudential Tower
>800 Boltston Street
>Boston, MA  02199
>dhecker@pbl.com

>Kristin T. Roy
>MORRISON COHEN SINGER & WEINSTEIN, LLP
>909 Third Avenue, 27th Floor
>New York, NY  10022
>kroy@morrisoncohen.com

_____
Cory Buland