# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

15TH FLOOR
560 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022-6828
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

___

| Suite 5100 | Suite 5100 | Suite 950 | Suite 3800 |
|---|---|---|---|
| 1000 Louisiana Street | 901 Main Street | 1901 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Dallas, Texas 75202-3775 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (214) 754-1900 | (310) 789-3100 | (206) 516-3880 |

Shawn J. Rabin
Direct Dial (212) 471-8347

E-Mail srabin@susmangodfrey.com

June 30, 2014

**VIA ECF**

Honorable John F. Keenan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Coreolis Holdings, Inc., et al. v. George Soros, et al.* (10-cv-8175); and
                *TradeWinds Airlines, Inc. v. George Soros, et al.* (08-cv-5901)

Dear Judge Keenan:

      We represent plaintiff TradeWinds Airlines, Inc. ("TradeWinds") in this consolidated veil-piercing action and submit *Propst v. North Carolina Department of Health and Human Services*, -- S.E.2d --, 2014 WL 2480188 (N.C. App. June 3, 2014), as supplemental authority to the pending motion for summary judgment. Co-plaintiffs, Coreolis Holdings, Inc. and TradeWinds Holdings, Inc. (collectively, "Coreolis"), join this letter.

      In our Opposition to Defendants' Motion for Summary Judgment, we noted that a recent North Carolina Court of Appeals' decision declined to follow the Restatement (Second) of Judgments, consistent with North Carolina Supreme Court precedent. *See* Opp. Brief at 31-32 (citing *Tong v. Dunn*, 752 S.E.2d 669, 675 (N.C. App. 2013) (explaining how the North Carolina Supreme Court declined to adopt the Restatement (Second) of Judgment's transactional approach to res judicata)).

      This month, the North Carolina Court of Appeals once again refused to adopt a section of the Restatement (Second) of Judgments: "**We decline to follow the approach of the Second Restatement as to this issue because it is incompatible with the doctrine of collateral estoppel as it has been applied in this state.**" *Propst*, 2014 WL 2480188 at *3 (emphasis added). Because this decision was issued after our opposition brief was due, we are submitting it with this notice.

Honorable John F. Keenan
Southern District of New York
June 30, 2014
Page 2


Sincerely,

Shawn J. Rabin

cc:     All Parties